**Exhibit E to the Complaint**

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
| **Claim 1. A method comprising:** | **With the free Steam Mobile App**, you can take Steam with you anywhere. Buy PC games and get the latest game and community news - while protecting your Steam account.<br><br>• Shop Steam<br>• Browse the Steam catalog of PC games from your phone. Never miss a sale again.<br><br>**Source:** https://play.google.com/store/apps/details?id=com.valvesoftware.android.steam.community<br><br>*Evidence discloses a mobile app which is able to capture a digital image carrying a symbology (herein QR Code) and retrieve and display information related to the symbology.* |

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
| **1.1. detecting symbology associated with an object;** | *Evidence discloses about detection of the symbology associated with the object.* |
| **1.2. decoding the symbology to obtain a decode string;** | |

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
| | *Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string.* |
| **1.3. sending the decode string to one or more visual detection applications for processing, the one or more visual detection applications residing on a portable electronic device;** | *Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is sending the decoded string to visual detection application (i.e. camera) which is present on the portable electronic device (i.e. mobile phone).* |

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
| **1.4. receiving a first amount of information about the object from the one or more visual detection applications;** | *Evidence discloses the first amount of information. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is receiving first amount of information (i.e. first link) about the object from the visual detection app (i.e. camera).* |
| **1.5. sending the decode string to a remote server for processing;** | |

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
|  | *Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string which is sent to the remote server for its processing.* |
| **1.6. receiving a second amount of information about the object from the remote server;** | *Evidence discloses the second amount of information. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is receiving second amount of information (i.e. first link) about the object from the remote server.* |

Page **5** of **10**

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
| **1.7. combining the first amount of information with the second amount of information to obtain cumulative information; and** | *Evidence discloses the cumulative information. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is combining first and second amount of information to obtain cumulative information (i.e. webpage).* |

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
| **1.8. displaying the cumulative information on a display device associated with the portable electronic device;** | *Evidence discloses the cumulative information (i.e. webpage) displaying on the display device (i.e. screen) associated with the portable electronic device (i.e. mobile phone).* |
| **1.9. wherein one or more visual detection systems are configured to run in the background with respect to other systems associated with the portable electronic device,** | |

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
|  | *Evidence discloses the operation of visual detection system (i.e. camera operations) with other systems (i.e. Steam App) associated with the portable electronic device (i.e. mobile phone).* |
| **1.10. the visual detection systems comprising the one or more visual detection applications and one or more visual detection devices,** |  |

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
| | **Source:** https://play.google.com/store/apps/details?id=com.valvesoftware.android.steam.community <br><br> *Evidence discloses that Steam App have visual detection application (i.e. camera) and visual detection device (i.e. mobile phone).* |

Page **9** of **10**

| Key-Features (US7992773B1) | Product (Steam App) |
|---|---|
| **1.11. the one or more visual detection devices configured to detect the symbology associated with the object.** | *Evidence discloses that visual detection device (i.e. mobile phone) is configured to detect symbology associated with the object.* |