Exhibit H to the Complaint.

| Key-Features (US8936190B2) | Product (Steam App) |
|---|---|
| **Claim 1. A <u>method</u> comprising:** | **With the free Steam Mobile App**, you can take Steam with you anywhere. Buy PC games and get the latest game and community news - while protecting your Steam account.<br><br>• Shop Steam.<br>• Browse the Steam catalog of PC games from your phone. Never miss a sale again.<br><br>![Steam QR code sign-in screenshot]<br><br>**Source:**<br>https://play.google.com/store/apps/details?id=com.valvesoftware.android.steam.community<br><br>*Evidence discloses a mobile app which is able to capture a digital image carrying a symbology (herein QR Code) and retrieve and display information related to the symbology.* |

| Key-Features (US8936190B2) | Product (Steam App) |
|---|---|
| **1.1. <u>capturing a digital image using a digital image capturing device that is part of an electronic device;</u>** | <br>**Time Stamp: 0:40 min**<br><br>**Source:** https://www.youtube.com/watch?v=8YhYPGltHyI<br><br>Evidence discloses the app capturing digital image using image capturing device (i.e. camera). The digital image capturing device is part of an electronic device (i.e. mobile phone). |

| Key-Features (US8936190B2) | Product (Steam App) |
|---|---|
| **1.2. <u>detecting symbology associated with the digital image using the electronic device;</u>** | With the free Steam Mobile App, you can take Steam with you anywhere. Buy PC games and get the latest game and community news - while protecting your Steam account.<br><br>Shop Steam<br><br>Browse the Steam catalog of PC games from your phone. Never miss a sale again.<br><br>Steam Guard<br><br>Protect your Steam account and make sign in faster with two-factor authentication.<br><br>• Two-factor authentication to ensure you're the only one with access to your account<br><br>• **QR code sign in - Scan a QR code to sign into Steam instead of entering a password or**…<br><br>• Sign in confirmation - Confirm your regular Steam sign ins with simple "approve" or "deny"<br><br>**Source:**<br>https://play.google.com/store/apps/details?id=com.valvesoftware.android.steam.community<br><br>*Evidence discloses the detection of symbology (i.e. QR Code) associated with the digital image.* |

| Key-Features (US8936190B2) | Product (Steam App) |
|---|---|
| **1.3. decoding the symbology to obtain a decode string using one or more visual detection applications residing on the electronic device;** | <br>**Time Stamp: 0.40 min**<br><br>**Source:** https://www.youtube.com/watch?v=8YhYPGltHyI<br><br>Evidence discloses the information of the symbology. Hence it means at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is formed by the use of visual detection application (i.e. Steam App) which is present on the electronic device (i.e. mobile phone). |
| **1.4. sending the decode string to a remote server for processing;** | <br>**Time Stamp: 0.40 min**<br><br>**Source:** https://www.youtube.com/watch?v=8YhYPGltHyI |

| Key-Features (US8936190B2) | Product (Steam App) |
|---|---|
| | *Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing.* |
| **1.5. receiving information about the digital image from the remote server wherein the information is based on the decode string;** | **Time Stamp: 0.40 min**<br><br>**Source:** https://www.youtube.com/watch?v=8YhYPGltHyI<br><br> *Evidence discloses the information of the symbology. Hence we can say that at the backend of the detection process of symbology (i.e. QR Code), it is decoded forming a decode string. The decode string is then sent to a remote server for processing. After processing, it receives the information about the digital image which is based on the decode string of the image (i.e. symbology).* |

| Key-Features (US8936190B2) | Product (Steam App) |
|---|---|
| **1.6. displaying the information on a display device associated with the electronic device.** | <br>**Time Stamp: 0.40 min**<br><br>**Source:** https://www.youtube.com/watch?v=8YhYPGltHyI<br><br> Evidence discloses the information of the symbology. It displays the information on the display device (i.e. mobile phone screen) which is associated with electronic device (i.e. mobile phone). |