AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>*Plaintiff(s)*<br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, L.L.C.,<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-419 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Gearbox Software, L.L.C.
c/o Nathan B. Mallory
5757 Main Street, Suite 500
Frisco, TX 75034 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randall Garteiser
Garteiser Honea - IP Trial Attorneys
119 W Ferugson St.
Tyler, TX 75702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/15/2023

CLERK OF COURT

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-419

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GearBox Software, LLC c/o Nathan B. Mallory

was received by me on *(date)* 9/17/23 @ 4:00pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brian, Front Desk on Behalf of Nathan B. Mallory, who is designated by law to accept service of process on behalf of *(name of organization)* GearBox Software, LLC on *(date)* 9/27/23 @ 1:41 pm; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/28/23

*Server's signature* — #5307/exp. 6/30/24

Roger Bigony
*Printed name and title*

P.O. Box 720040
Dallas, TX. 75372
*Server's address*

Additional information regarding attempted service, etc: