## United States District Court for the Eastern District of Texas

| Plaintiff / Petitioner:<br>SYMBOLOGY INNOVATIONS, LLC | Case No:<br>2:23-cv-419 |
|---|---|
| Defendant / Respondent:<br>VALVE CORPORATION | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That they are now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Friday, September 15 2023 at 1:20 PM, at the address of 1001 4th Ave #4500, within Seattle, WA, the undersigned duly served the following documents: Jury Trial Demanded-Complaint, and Summons in a Civil Action in the above entitled action upon Valve Corporation c/o CorpServe, Inc., Registered Agent, by then and there personally delivering 1 true and correct copy of the above documents into the hands of and leaving same with Jennifer Roberson, Assistant Secretary at CorpServe, Inc..

**Description:**
**Age:** 30's   **Ethnicity:** Caucasian   **Gender:** Female   **Weight:** 140lbs   **Height:** 5'6"   **Hair:** Black   **Eyes:** Brown

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: 9/22/23

Mary Hubert
Process License #2120690