UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:23-cv-00419-JRG

Name of party requesting extension: Valve Corporation

Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 9/15/2023

Number of days requested:   ✔ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 11/6/2023   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Michael E. Jones

State Bar No.: 10929400

Firm Name: Potter Minton

Address: 102 N College Ave #900
Tyler, TX 75702

Phone: 903-597-8311

Fax:   903-531-3939

Email: mikejones@potterminton.com

A certificate of conference does not need to be filed with this unopposed application.