UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:23-cv-00419-JRG

Name of party requesting extension: Gearbox Software, L.L.C.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 9/27/2023

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other _____ days

New Deadline Date: 11/17/2023  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Michael J. Sacksteder

State Bar No.: CSB No. 191605

Firm Name: Fenwick & West LLP

Address: 555 California Street, 12th Floor
San Francisco, CA 94104

Phone: 415-875-2300

Fax: 415-281-1350

Email: msacksteder@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.