# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>Defendant. | Civil Action No. 2:23-cv-419-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT VALVE CORPORATION'S NOTICE OF APPEARANCE OF COUNSEL

Defendant Valve Corporation files this Notice of Appearance of Counsel and hereby notifies the Court that Shaun W. Hassett of the law firm Potter Minton, PC, 102 North College, Suite 900, Tyler, Texas 75702 is appearing as counsel for Defendant Valve Corporation.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: November 6, 2023

Respectfully submitted,

/s/ *Shaun W. Hassett*
Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
Potter Minton
102 North College, Ste. 900
Tyler, Texas 75702
Telephone: 903-597-8311
mikejones@potterminton.com
shaunhassett@potterminton.com

Kathleen R. Geyer
Christopher P. Damitio
Kilpatrick Townsend & Stockton
1420 Fifth Avenue Suite 3700

Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
KGeyer@kilpatricktownsend.com
CDamitio@kilpatricktownsend.com

*Attorneys for Defendant*
*Valve Corp.*