# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>Defendant. | Civil Action No. 2:23-cv-419-JRG-RSP |

## DECLARATION OF TIMOTHEE YERAMIAN IN SUPPORT OF VALVE CORPORATION'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3) FOR IMPROPER VENUE

1. My name is Timothee Yeramian. I am over the age of twenty-one years, of sound mind, and competent in all respects to make this declaration.

2. I make this declaration based on my own knowledge. I could and would competently testify to the accuracy of this declaration if called upon to testify regarding its contents.

3. I am an artist.

4. I am an employee at Valve Corporation ("Valve").

5. I have been employed by Valve since October 31, 2022.

6. I live in Bellevue, Washington.

7. I moved to Washington state in October 2022, shortly before I began working for Valve.

DocuSign Envelope ID: 98451BF1-EBBF-4E44-9899-C6464DCA90D0

8. Until October 19, 2023, I had not updated my location on my LinkedIn page. Before then, it therefore incorrectly reflected my previous Texas residence.

I affirm that the forgoing is true and accurate to the best of my knowledge.

Dated November 2, 2023

DocuSigned by:

*Timothee Yeramian*

AA158AAB48A44C5...

Timothee Yeramian