# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>　　　　　Defendant. | Civil Action No. 2:23-cv-419-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3) FOR IMPROPER VENUE

Before the Court is Valve Corporation's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(3) for Improper Venue. After consideration of said motion, the Court finds that it is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the above referenced litigation is hereby dismissed in its entirety.