UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-cv-419-JRG-RSP

Name of party requesting extension: Gearbox Software, L.L.C.

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 9/27/2023

Number of days requested:  ☐ 30 days  ☑ 15 days  ☐ Other ____ days

New Deadline Date: 12/02/2023  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Michael J. Sacksteder

State Bar No.: CSB No. 191605

Firm Name: Fenwick & West LLP

Address: 555 California Street, 12th Floor
San Francisco, CA 94104

Phone: 415-875-2300

Fax: 415-281-1350

Email: msacksteder@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.