AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| SYMBOLOGY INNOVATIONS, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-419-JRG-RSP |
| GEARBOX SOFTWARE, LLC et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gearbox Software, LLC.

Date:   11/21/2023

/s/ Jessica M. Kaempf
*Attorney's signature*

Jessica M. Kaempf WSBA #51666
*Printed name and bar number*

FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
*Address*

jkaempf@fenwick.com
*E-mail address*

(206) 389-4510
*Telephone number*

(206) 389-4511
*FAX number*