AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-00419-JRG-RSP |
| VALVE CORPORATION, GEARBOX SOFTWARE, LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gearbox Software, LLC                                               .

Date: November 27, 2023

/s/ Geoffrey R. Miller
*Attorney's signature*

Geoffrey R. Miller, Texas Bar No. 24094847
*Printed name and bar number*

FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
*Address*

gmiller@fenwick.com
*E-mail address*

(212) 921-2001
*Telephone number*

(650) 938-5200
*FAX number*