UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLGY INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C., <br><br> Defendants. | Civil Action No. 2:23-cv-419 <br><br> **JURY TRIAL DEMANDED** |

**JOINT STIPULATED MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Gearbox Software, L.L.C. ("Gearbox") collectively the "Parties," file this joint stipulated motion to extend time to file a responsive pleading and agree and stipulate as follows:

Symbology filed its complaint on September 15, 2023 and served its complaint upon Gearbox on September 27, 2023, making Gearbox's response due October 18, 2023. Counsel for the parties conferred and filed on October 18, 2023 its first stipulation for Gearbox to respond to the Complaint by November 17, 2023. [Dkt. 6]. Counsel for the parties further conferred and filed on November 15, 2023 a second extension of time for Gearbox to respond to the Complaint on or before December 2, 2023. [Dkt. 13].

Counsel for the Parties have further conferred and now respectfully request the Court grant this 30-day extension of time for Gearbox to respond to the Complaint, through January 2, 2023. The parties submit that good cause for the extension exists to allow the Parties the opportunity to explore a potential resolution. The Parties agree to this motion and the proposed extension is not

sought for the purpose of delay.  In addition, no pre-trial deadlines have been set in this matter and should not be affected by the requested extension.  A proposed order is attached for the Court's convenience.

Dated:  November 30, 2023                                             Respectfully submitted,

| /s/ Randall Garteiser | /s/ Michael J. Sacksteder |
|---|---|
| Randall Garteiser, Texas Bar No. 24038912<br>Email: rgarteiser@ghiplaw.com<br>GARTEISER HONEA PLLC<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br><br>Attorney *for Plaintiff Symbology Innovations, LLC* | Michael J. Sacksteder, CSB No. 191605<br>Email: msacksteder@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br><br>Geoffrey R. Miller, Texas Bar No. 24094847<br>Email: gmiller@fenwick.com<br>FENWICK & WEST LLP<br>902 Broadway, 18th Floor<br>New York, NY 10010<br>Telephone: (212) 321-2001<br><br>Jessica M. Kaempf (WSBN No. 51666)<br>jkaempf@fenwick.com<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Telephone: (206) 389-4510<br><br>Attorneys for *Gearbox Software, L.L.C.* |

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

/s/ Michael J. Sacksteder
Michael J. Sacksteder

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated:   November  30, 2023

/s/ Michael J. Sacksteder
Michael J. Sacksteder