UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,<br><br>        Defendants. | Civil Action No. 2:23-cv-419<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Symbology and Gearbox's Joint Stipulated Motion to Extend Time to Answer Complaint (the "Motion"). Having considered the Motion and noting the parties' agreement, the Court is of the opinion that the Motion should be and hereby is GRANTED.

It is therefore ordered that Defendant Gearbox Software, LLC shall file its response to the Complaint on or before January 2, 2024.

    IT IS SO ORDERED.