THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, L.L.C.,<br><br>        Defendants. | CIVIL ACTION NO. 2:23-cv-419<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Symbology Innovations, LLC ("Plaintiff") respectfully submits this Motion for a 4-day Extension of Time to Respond to Valve Corporation's ("Defendant") Motion to Dismiss for Improper Venue, filed at Docket 11.

Plaintiff's Response is currently due December 4, 2023.

Counsel for Plaintiff has conferred with counsel for Defendant, and have agreed to extend the deadline for Plaintiff to respond to the Motion by 4 days. The proposed deadline would be December 8, 2023. The present request is not offered for the purpose of delay or advantage.

Dated:  December 4, 2023

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on.

*/s/ Randall Garteiser*
Randall Garteiser