THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:23-cv-419 |
| VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C., | JURY TRIAL DEMANDED |
| Defendants. | |

**ORDER**

The Court, having considered the Unopposed Motion for Extension of Time to Respond to Defendant Valve Corporation's Motion to Dismiss,

GRANTS the Motion.

Accordingly, it is hereby ORDERED that the deadline for the Plaintiff to submit its Response shall be extended up to and including December 8, 2023.

IT IS SO ORDERED.