# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00419-JRG |
| VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C., | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time for Plaintiff to Respond to Defendant's Motion to Dismiss (the "Motion") filed by Plaintiff Symbology Innovations, LLC ("Plaintiff"). (Dkt. No. 14). In the Motion, Plaintiff requests a fourteen-day extension of time to file its response to Defendant Valve Corporation's Motion to Dismiss for Improper Venue (the "Motion to Dismiss") (Dkt. No. 11). (Dkt. No. 14 at 1). The requested extension would move the deadline for Plaintiff to respond to the Motion to Dismiss from November 20, 2023 up to and including December 4, 2023. (*Id*.). The Motion is unopposed. (*Id*. at 1, 2).

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to respond to the Motion to Dismiss is **extended** up to and including December 4, 2023.

**So Ordered this**

**Dec 4, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE