IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,<br><br>*Defendants*. | §§§§§§§§§§§§§§ CIVIL ACTION NO. 2:23-CV-00419-JRG |

## ORDER

Before the Court is the Joint Stipulated Motion for Extension of Time to File a Responsive Pleading (the "Joint Motion") filed by Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant Gearbox Software L.L.C. ("Gearbox") (collectively, the "Parties"). (Dkt. No. 18). In the Joint Motion, the Parties request that the Court grant Gearbox a thirty (30) day extension of time to respond to the Complaint (Dkt. No. 1), up to and including January 2, 2024. (Dkt. No. 18 at 1). The Parties represent that "good cause for the extension exists to allow the Parties the opportunity to explore a potential resolution" and that "the proposed extension is not sought for the purpose of delay." (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Gearbox to respond to the Complaint is **extended** up to and including January 2, 2024.

**So Ordered this**

Dec 4, 2023

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE