IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,**<br><br>**Defendants.** | Civil Action No. 2:23-cv-419-JRG-RSP<br><br>**Jury Trial Requested** |

## JOINT (AGREED) MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff Symbology Innovations LLC ("Symbology") and Defendants Valve Corporation ("Valve") and Gearbox Software, LLC ("Gearbox") (collectively, "Defendants") file this Joint Motion for Entry of Docket Control Order. The parties have agreed on all deadlines contained in the attached Docket Control Order.

Further, the parties have agreed to herein seek modification of certain deadlines that have been designated by the Court as requiring a showing of good cause for the modification. Specifically, as shown in the attached Exhibit A, the parties propose to modify the deadline previously provided by the Court for filing Proposed Protective Order and complying with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures). This deadline has been modified from December 26, 2023 to a later deadline to avoid conflict with the surrounding holidays. No other deadlines are affected by this change. Accordingly, good cause exists for the modification.

Having agreed upon the terms included therein and shown good cause, the parties respectfully request the Court grant this Motion and enter the Proposed Docket Control Order, attached to this Joint Motion below.

1

Dated: December 19, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Randall Garteiser*
　　　　　　　　　　　　　　　　　　　　Christopher A. Honea
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24059967
　　　　　　　　　　　　　　　　　　　　chonea@ghiplaw.com
　　　　　　　　　　　　　　　　　　　　Randall Garteiser
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038912
　　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com
　　　　　　　　　　　　　　　　　　　　M. Scott Fuller
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24036607
　　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com

　　　　　　　　　　　　　　　　　　　　**GARTEISER HONEA, PLLC**
　　　　　　　　　　　　　　　　　　　　119 W. Ferguson Street
　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 705-7420
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 405-3999

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Symbology Innovations, LLC.*

　　　　　　　　　　　　　　　　　　　　*/s/ Michael E. Jones, with permission for*
　　　　　　　　　　　　　　　　　　　　*Kathleen R. Geyer*
　　　　　　　　　　　　　　　　　　　　Mike Jones
　　　　　　　　　　　　　　　　　　　　Potter Minton
　　　　　　　　　　　　　　　　　　　　102 North College, Ste. 900
　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　903-597-8311 (telephone)
　　　　　　　　　　　　　　　　　　　　mikejones@potterminton.com

　　　　　　　　　　　　　　　　　　　　Kathleen R. Geyer
　　　　　　　　　　　　　　　　　　　　Christopher P. Damitio
　　　　　　　　　　　　　　　　　　　　Kilpatrick Townsend & Stockton
　　　　　　　　　　　　　　　　　　　　1420 Fifth Avenue Suite 3700
　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　Telephone: (206) 467-9600
　　　　　　　　　　　　　　　　　　　　Facsimile: (206) 623-6793
　　　　　　　　　　　　　　　　　　　　KGeyer@kilpatricktownsend.com
　　　　　　　　　　　　　　　　　　　　CDamitio@kilpatricktownsend.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Valve Corp.*

　　　　　　　　　　　　　　　　　　　　*/s/ Jessica M. Kaempf*
　　　　　　　　　　　　　　　　　　　　Michael J. Sacksteder, CSB No. 191605 Email:
　　　　　　　　　　　　　　　　　　　　msacksteder@fenwick.com FENWICK &
　　　　　　　　　　　　　　　　　　　　WEST LLP
　　　　　　　　　　　　　　　　　　　　555 California Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 875-2300

Geoffrey R. Miller, Texas Bar No. 24094847
Email: gmiller@fenwick.com
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
Telephone: (212) 321-2001

Jessica M. Kaempf (WSBN No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510

*Attorneys for Gearbox Software, L.L.C.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is agreed.

/s/ Michael E. Jones