IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,**<br><br>**Defendants.** | Civil Action No.  2:23-cv-419-JRG-RSP<br><br><br><br>**Jury Trial Requested** |

## JOINT (AGREED) MOTION FOR ENTRY OF DISCOVERY ORDER

Plaintiff Symbology Innovations LLC ("Symbology") and Defendants Valve Corporation ("Valve") and Gearbox Software, LLC ("Gearbox") (collectively, "Defendants") file this Joint Motion for Entry of Discovery Order. The parties have agreed on all provisions contained in the attached Discovery Order.

Having agreed upon the terms included therein and shown good cause, the parties respectfully request the Court grant this Motion and enter the proposed Discovery Order, attached to this Joint Motion below.

1

Dated: December 19, 2023

Respectfully submitted,

*/s/ Randall Garteiser*
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Attorneys for Plaintiff Symbology Innovations, LLC.*

*/s/ Michael E. Jones, with permission for Kathleen R. Geyer*
Mike Jones
Potter Minton
102 North College, Ste. 900
Tyler, Texas 75702
903-597-8311 (telephone)
mikejones@potterminton.com

Kathleen R. Geyer
Christopher P. Damitio
Kilpatrick Townsend & Stockton
1420 Fifth Avenue Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
KGeyer@kilpatricktownsend.com
CDamitio@kilpatricktownsend.com

*Attorneys for Defendant Valve Corp.*

*/s/* Jessica M. Kaempf
Michael J. Sacksteder, CSB No. 191605
Email: msacksteder@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300

2

Geoffrey R. Miller, Texas Bar No. 24094847
Email: gmiller@fenwick.com
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
Telephone: (212) 321-2001

Jessica M. Kaempf (WSBN No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510

*Attorneys for Gearbox Software, L.L.C.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is agreed.

/s/ Michael E. Jones