IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,**<br><br>**Defendants.** | Civil Action No.  2:23-cv-419-JRG-RSP<br><br>**Jury Trial Requested** |

## JOINT (AGREED) MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff Symbology Innovations LLC ("Symbology") and Defendants Valve Corporation ("Valve") and Gearbox Software, LLC ("Gearbox") (collectively, "Defendants") file this Joint Motion for Entry of Docket Control Order. The parties have agreed on all deadlines contained in the attached Docket Control Order.

Further, the parties have agreed to herein seek modification of certain deadlines that have been designated by the Court as requiring a showing of good cause for the modification. Specifically, as shown in the attached Exhibit A, the parties propose to modify the deadline previously provided by the Court for filing Proposed Protective Order and complying with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures). This deadline has been modified from December 26, 2023 to a later deadline to avoid conflict with the surrounding holidays. No other deadlines are affected by this change. Accordingly, good cause exists for the modification.

Having agreed upon the terms included therein and shown good cause, the parties respectfully request the Court grant this Motion and enter the Proposed Docket Control Order, attached to this Joint Motion below.

1

Dated: December 19, 2023               Respectfully submitted,

*/s/ Randall Garteiser*
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Attorneys for Plaintiff Symbology Innovations, LLC.*

*/s/ Michael E. Jones, with permission for Kathleen R. Geyer*
Mike Jones
Potter Minton
102 North College, Ste. 900
Tyler, Texas 75702
903-597-8311 (telephone)
mikejones@potterminton.com

Kathleen R. Geyer
Christopher P. Damitio
Kilpatrick Townsend & Stockton
1420 Fifth Avenue Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
KGeyer@kilpatricktownsend.com
CDamitio@kilpatricktownsend.com

*Attorneys for Defendant Valve Corp.*

*/s/ Jessica M. Kaempf*
Michael J. Sacksteder, CSB No. 191605 Email: msacksteder@fenwick.com FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300

2

Geoffrey R. Miller, Texas Bar No. 24094847
Email: gmiller@fenwick.com
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
Telephone: (212) 321-2001

Jessica M. Kaempf (WSBN No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510

*Attorneys for Gearbox Software, L.L.C.*

**CERTIFICATE OF CONFERENCE**

      The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is agreed.

                                            */s/ Michael E. Jones*