UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:23-cv-00419-JRG |
| VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**ORDER**

Before the Court is the Motion of Defendant Gearbox Software, L.L.C. ("Gearbox") to Dismiss Under Rule 12(b)(6) for Failure to State a Claim (the "Motion"). Having considered the Motion and supporting documents thereof, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore ordered that Defendant Gearbox's Motion to Dismiss is **GRANTED** and Plaintiff's Complaint as to Plaintiff's claims against Gearbox in this action is **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED.**