THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, L.L.C.,<br><br>    Defendants. | Case No. 2:23-cv-419-JRG<br><br><br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR ENTRY OF A JOINT DISCOVERY ORDER

Plaintiff Symbology Innovations, LLC ("Plaintiff") respectfully submits this unopposed Motion for entry of a joint protective order.

| | |
|---|---|
| Dated:  January 5, 2024 | Respectfully Submitted,<br><br>*/s/ Randall Garteiser*<br>Randall Garteiser<br>   Texas Bar No. 24038912<br>   rgarteiser@ghiplaw.com<br><br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br><br>**COUNSEL FOR PLAINTIFF** |

### CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on.

*/s/ Randall Garteiser*
Randall Garteiser

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:23-cv-419 |
| **VALVE CORPORATION,** **GEARBOX SOFTWARE, L.L.C.,** | JURY TRIAL DEMANDED |
| Defendants. | |

**ORDER**

The Court, having considered the Unopposed Motion for Extension of Time to Respond to Defendant Valve Corporation's Motion to Dismiss,

GRANTS the Motion.

Accordingly, it is hereby ORDERED that the deadline for the Plaintiff to submit its Response shall be extended up to and including December 8, 2023.

IT IS SO ORDERED.