## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C., <br><br> Defendants. | Civil Action No. 2:23-cv-00419-JRG <br><br> **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT OF
## <u>DEFENDANT GEARBOX SOFTWARE, L.L.C.</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Gearbox Software, L.L.C. ("Gearbox"), through its undersigned counsel, states the following:  The parent company of Gearbox is The Gearbox Entertainment Company, Inc., and to Gearbox's knowledge, no publicly held corporation owns 10% or more of Gearbox's stock.


Dated:  January 9, 2024         Respectfully submitted,


                                                 By:  */s/ Michael J. Sacksteder*
                                                      Michael J. Sacksteder
                                                      CA Bar No. 191605 (Admitted to E.D. Texas)
                                                      Email:  msacksteder@fenwick.com
                                                      **FENWICK & WEST LLP**
                                                      555 California Street, 12th Floor
                                                      San Francisco, CA  94104
                                                      Telephone:  (415) 875-2300

                                                      Jessica M. Kaempf
                                                      WA Bar No. 51666 (Admitted to E.D. Texas)
                                                      Email:  jkaempf@fenwick.com
                                                      **FENWICK & WEST LLP**

401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:  (206) 389-4510

Attorneys for *Gearbox Software, L.L.C.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated:  January 9, 2024                                    */s/ Michael J. Sacksteder*
                                                                                Michael J. Sacksteder