UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,<br><br>        Defendants. | Civil Action No. 2:23-cv-00419-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is the Motion of Defendant Gearbox Software, L.L.C. ("Gearbox") to Dismiss the Amended Complaint Under Rule 12(b)(6) for Failure to State a Claim (the "Motion"). Having considered the Motion and supporting documents thereof, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore ordered that Defendant Gearbox's Motion to Dismiss the Amended Complaint is **GRANTED** and Plaintiff's Complaint as to Plaintiff's claims against Gearbox in this action is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**