THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, L.L.C.,<br><br>      Defendants. | CIVIL ACTION NO. 2:23-cv-419<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Symbology Innovations, LLC ("Plaintiff") respectfully submits this Motion for a 8-day Extension of Time to Respond to Valve Corporation's ("Defendant") Motion to Dismiss for Improper Venue, filed at Docket 45.

Plaintiff's Response is currently due March 13, 2024.

Counsel for Plaintiff has conferred with counsel for Defendant, and have agreed to extend the deadline for Plaintiff to respond to the Motion to March 21, 2024. The present request is not offered for the purpose of delay or advantage.

Dated: March 11, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on.

*/s/ Randall Garteiser*
Randall Garteiser