IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,<br><br>*Defendants*. | § § § § § § § § § § § § § §   CIVIL ACTION NO. 2:23-CV-00419-JRG |

### ORDER

Before the Court is the Unopposed Motion for Extension of Time for Plaintiff to Respond to Defendant's Motion to Dismiss (the "Motion") filed by Plaintiff Symbology Innovations, LLC ("Plaintiff"). (Dkt. No. 49). In the Motion, Plaintiff requests an eight-day extension of time to file its response to Defendant Valve Corporation's Motion to Dismiss for Improper Venue (the "Motion to Dismiss") (Dkt. No. 45). (Dkt. No. 49 at 1). The requested extension would move the deadline for Plaintiff to respond to the Motion to Dismiss from March 13, 2024 up to and including March 21, 2024. (*Id*.). The Motion is unopposed. (*Id*. at 1, 2).

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to respond to the Motion to Dismiss is **extended** up to and including March 21, 2024.

So ORDERED and SIGNED this 14th day of March, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2