IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>Defendant. | Civil Action No. 2:23-cv-419-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF KATHLEEN R. GEYER IN SUPPORT OF
DEFENDANT VALVE CORPORATION'S OPPOSED MOTION TO STRIKE
PLAINTIFF'S THIRD AMENDED COMPLAINT**

I, Kathleen R. Geyer, hereby declare as follow:

1.   I am an attorney at the law firm of Kilpatrick, Townsend, & Stockton. I am counsel for Valve Corporation ("Valve"). I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2.   Attached as **Exhibit 1** is a true and correct copy of an email from Randall Garteiser to counsel for Valve on November 16, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2024

*/s/ Kathleen R. Geyer*
Kathleen R. Geyer

1