# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>  Defendant. | Civil Action No. 2:23-cv-419-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT VALVE CORPORATION'S OPPOSED MOTION TO EXPEDITE BRIEFING ON MOTION TO STRIKE PLAINTIFF'S THIRD AMENDED COMPLAINT

Before the Court is Defendant Valve Corporation's Opposed Motion to Expedite Briefing on its Motion to Strike Plaintiff's Third Amended Complaint. After consideration of said motion, the finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the following schedule shall be followed by the parties with regard to the briefing on Valve Corporation's Motion to Strike (Dkt. 57)

| Event | Date |
|---|---|
| Opening Brief | April 8, 2024 |
| Opposition Brief | April 15, 2024 |
| Reply Brief | April 19, 2024 |
| Sur-Reply Brief | April 22, 2024 |