# Exhibits 1-11 and 13 Redacted in their entirety