# Exhibit 12



| | |
|---|---|
| Document title: | Steamworks SDK (Steamworks Documentation) |
| Capture URL: | https://partner.steamgames.com/doc/sdk |
| Page loaded at (UTC): | Fri, 05 Apr 2024 18:38:11 GMT |
| Capture timestamp (UTC): | Fri, 05 Apr 2024 18:38:52 GMT |
| Capture tool: | 10.45.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | xmueg5n5iTPraMgSo1v1QG |
| User: | Katarina.Heidtke |

PDF REFERENCE #:     ciP1zshVPydDkXp6R5UvZA



Sign In

# Steamworks Documentation

Search Steamworks Documentation...

- Documentation Home Page
- Getting Started
- Store Presence
- Features
- Finance
- Sales and Marketing
- Steamworks SDK
  - Creating and using InstallScripts
  - Creating a retail and &quot;Gold Master&quot; disk
  - Steamworks API Overview
  - Updating Game Build
  - Uploading to Steam
- Web API Overview
- Steam Deck
- Steam PC Café Program
- Steamworks API Reference
- Steamworks Web API Reference

## Steamworks SDK

Steamworks Documentation > Steamworks SDK

### Getting started with the Steamworks SDK

The Steamworks SDK provides a range of features which are designed to help ship your application or game on Steam in an efficient manner.

The Steamworks SDK is only **required** to upload your content to Steam, everything else provided through the SDK is optional.

You can download the latest version of the Steamworks SDK here.

The full list of features provided through the SDK is as follows.

- **glmgr** - The "ToGL" DirectX to OpenGL compatibility layer for macOS. See the ToGL github page for more information.
- **public/steam** - Steamworks API Overview
- **redistributable_bin** - Steamworks API redistributable binaries (see the Steamworks API Overview above.)
- **steamworksexample** - Steamworks API Example Application (SpaceWar)
- **tools**
  - **ContentBuilder** - Uploading to Steam
  - **ContentServer** - SteamPipe Local Content Server
  - **drm** - Steam DRM
  - **goldmaster** - Creating a retail and &quot;Gold Master&quot; disk
  - **linux** - Deprecated. See: Developing for SteamOS and Linux
  - **ContentPrep.zip** - Deprecated. This was used to set the correct permissions for macOS applications before SteamPipe became available.
  - **SteamPipeGUI.zip** - A SteamPipe GUI Tool for Windows to make uploading simple products even easier.

Older versions of the Steamworks SDK may contain other tools which are no longer used.

---

Steamworks is the set of tools and services built by Valve that help you configure, manage, and operate your game on Steam.

 

| DOCUMENTATION | RESOURCES | NEWS & UPDATES |
|---|---|---|
| Home | Steam VR | Steamworks Blog |
| Getting Started | Steam PC Café Program | Steam Blog |
| Store Presence | Steamworks Discussions | Steam VR Blog |
| Features | Steamworks Video Tutorials | Steam Deck Blog |
| Finance | | |
| Sales & Marketing | Contact Support | |
| Steamworks SDK | | |
| Café Licensing | | |
| Steam VR | | |

---

Document title: Steamworks SDK (Steamworks Documentation)
Capture URL: https://partner.steamgames.com/doc/sdk
Capture timestamp (UTC): Fri, 05 Apr 2024 18:38:52 GMT

Page 1 of 1