# Exhibit 14



| | |
|---|---|
| Document title: | Tiny Tina's Wonderlands on Steam |
| Capture URL: | https://store.steampowered.com/app/1286680/Tiny_Tinas_Wonderlands/ |
| Page loaded at (UTC): | Fri, 05 Apr 2024 18:41:06 GMT |
| Capture timestamp (UTC): | Fri, 05 Apr 2024 18:44:36 GMT |
| Capture tool: | 10.45.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 7 |
| Capture ID: | wRqSgWbq91mQZTTX8fJ2nC |
| User: | Katarina.Heidtke |



Install Steam login | language

STEAM STORE COMMUNITY ABOUT SUPPORT

Your Store New & Noteworthy Categories Points Shop News Labs search

All Games > Action Games > Tiny Tina's Wonderlands

# Tiny Tina's Wonderlands

Community Hub

Embark on an epic adventure full of whimsy, wonder, and high-powered weaponry! Roll your own multiclass hero then shoot, loot, slash, and cast on a quest to stop the Dragon Lord.

RECENT REVIEWS: Mostly Positive (327)
ALL REVIEWS: Mostly Positive (12,180)

RELEASE DATE: 23 Jun, 2022

DEVELOPER: Gearbox Software
PUBLISHER: 2K

Popular user-defined tags for this product:
Loot Adventure Shooter Looter Shooter +

Sign in to add this item to your wishlist, follow it, or mark it as ignored

## Buy Tiny Tina's Wonderlands

59,99€ Add to Cart

## Buy Tiny Tina's Wonderlands Chaotic Great Edition

Includes 8 items: Tiny Tina's Wonderlands, Tiny Tina's Wonderlands: Glutton's Gamble, Tiny Tina's Wonderlands: Molten Mirrors, Tiny Tina's Wonderlands: Shattering Spectreglass, Tiny Tina's Wonderlands: Coiled Captors, Tiny Tina's Wonderlands: Season Pass, Tiny Tina's Wonderlands: Dragon Lord Pack, Tiny Tina's Wonderlands: Butt Stallion Pack

Bundle info -20% 79,95€ Add to Cart

## CONTENT FOR THIS GAME

Browse all (6)

| | |
|---|---|
| Tiny Tina's Wonderlands: Season Pass | 29,99€ |
| Tiny Tina's Wonderlands: Shattering Spectreglass | 9,99€ |
| Tiny Tina's Wonderlands: Molten Mirrors | 9,99€ |
| Tiny Tina's Wonderlands: Glutton's Gamble | 9,99€ |
| Tiny Tina's Wonderlands: Coiled Captors | 9,99€ |

SHOWING 1 - 5 OF 6 SEE ALL

## REVIEWS

"Tiny Tina's Wonderlands is Gearbox Software's best game."
9.5/10 – Game Informer

"Excellent, laugh-out-loud writing"
8/10 – IGN

"A Worthy New IP"
9/10 – COGConnected

## Is this game relevant to you?

Sign in to see reasons why you may or may not like this based on your games, friends, and curators you follow.

Sign In or Open in Steam

- Single-player
- Online Co-op
- LAN Co-op
- Steam Achievements
- Family Sharing

Full Controller Support

- Xbox Controllers
- Support for other devices is not known

Requires agreement to a 3rd-party EULA
Tiny Tina's Wonderlands EULA

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✔ | ✔ | ✔ |
| French | ✔ | ✔ | ✔ |
| Italian | ✔ | | ✔ |
| German | ✔ | ✔ | ✔ |
| Spanish - Spain | ✔ | ✔ | ✔ |

See all 12 supported languages

"Tiny Tina's Wonderlands is Gearbox Software's best game."
9.5/10 – **Game Informer**

"Excellent, laugh-out-loud writing"
8/10 – **IGN**

"A Worthy New IP"
9/10 – **COGConnected**

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✔ | ✔ | ✔ |
| French | ✔ | ✔ | ✔ |
| Italian | ✔ | | ✔ |
| German | ✔ | ✔ | ✔ |
| Spanish - Spain | ✔ | ✔ | ✔ |

See all 12 supported languages

## TINY TINA'S WONDERLANDS: CHAOTIC GREAT EDITION



READ MORE ⌄

### ABOUT THIS GAME

Party up with friends in cross-platform multiplayer!

Embark on an epic adventure full of whimsy, wonder, and high-powered weaponry! Bullets, magic, and broadswords collide across this chaotic fantasy world brought to life by the unpredictable Tiny Tina.
Roll your own multiclass hero and loot, shoot, slash, and cast your way through outlandish monsters and loot-filled dungeons on a quest to stop the tyrannical Dragon Lord. Everyone's welcome, so join the party, throw on your adventuring boots, and be Chaotic Great!

### AN UNPREDICTABLE FANTASY WORLD

Tiny Tina is your disorderly guide through an extraordinary tabletop realm where rules rarely apply. Explore a vast overworld spanning majestic cities, dank mushroom forests, foreboding fortresses, and more!

### GUNS, SPELLS, AND MORE

Blast baddies with powerful guns and devastating spells in frenetic first-person battles. Use your firepower to vanquish legions of enemies, including smack-talking skeletons, land-roaming sharks, and colossal bosses. Then delve deeper into dangerous dungeons for a shot at epic loot!

### PARTY UP TO DEFEAT EVIL

Joining you at the table are headstrong captain Valentine and rule-obsessed robot Frette. During your quest to defeat the Dragon Lord, you'll meet a cast of lovable misfits like a lute-wielding Bardbarian and your very own Fairy Punchfather.

### PERSONALIZE YOUR HERO

Create the perfect hero with deep customization, including a multiclass system that lets you mix and match six unique character skill trees, all with their own awesome abilities. Level up, refine your build, expand your arsenal, and become the ultimate adventurer.

### BAND TOGETHER IN CHAOTIC CO-OP

Enjoy the story solo or start a party with up to three friends in seamless online multiplayer. Share the spoils or rush to get the shiniest loot—how you play is up to you!

### SYSTEM REQUIREMENTS

| MINIMUM: | RECOMMENDED: |
|---|---|
| Requires a 64-bit processor and operating system | Requires a 64-bit processor and operating system |
| **OS:** Windows 10 (latest service pack) | **OS:** Windows 10 (latest service pack) |
| **Processor:** AMD FX-8350 (Intel i5-3570) | **Processor:** AMD Ryzen™ 5 2600 (Intel i7-4770) |
| **Memory:** 6 GB RAM | **Memory:** 16 GB RAM |
| **Graphics:** AMD Radeon RX470 (NVIDIA GeForce GTX 960 4GB) | **Graphics:** AMD Radeon™ RX 590 8GB (NVIDIA GeForce GTX 1060 6GB) |
| **Network:** Broadband Internet connection | **Network:** Broadband Internet connection |
| **Storage:** 75 GB available space | **Storage:** 75 GB available space |

**STEAM DECK COMPATIBILITY**

✅ Verified          Learn more



VIOLENCE
IN-GAME PURCHASES

Rating for: PEGI

Includes 47 Steam Achievements



View all 47

**TITLE:** Tiny Tina's Wonderlands
**GENRE:** Action, Adventure, RPG
**DEVELOPER:** Gearbox Software
**PUBLISHER:** 2K
**FRANCHISE:** Tiny Tina's Wonderlands
**RELEASE DATE:** 23 Jun, 2022

Visit the website ↗
View update history
Read related news
View discussions
Find Community Groups

Share     Embed     🚩

---

Document title: Tiny Tina&#39;s Wonderlands on Steam
Capture URL: https://store.steampowered.com/app/1286680/Tiny_Tinas_Wonderlands/
Capture timestamp (UTC): Fri, 05 Apr 2024 18:44:36 GMT



Requires a 64-bit processor and operating system
OS:  Windows 10 (latest service pack)
Processor:  AMD FX-8350 (Intel I5-3570)
Memory:  6 GB RAM
Graphics:  AMD Radeon RX470 (NVIDIA GeForce GTX 960 4GB)
Network:  Broadband Internet connection
Storage:  75 GB available space

Requires a 64-bit processor and operating system
OS:  Windows 10 (latest service pack)
Processor:  AMD Ryzen™ 5 2600 (Intel I7-4770)
Memory:  16 GB RAM
Graphics:  AMD Radeon™ RX 590 8GB (NVIDIA GeForce GTX 1060 6GB)
Network:  Broadband Internet connection
Storage:  75 GB available space

© 2021 Gearbox. Gearbox and the Gearbox Software logos are registered trademarks, and Tiny Tina's Wonderlands and the Tiny Tina's Wonderlands logos are trademarks, of Gearbox Enterprises, LLC. 2K and the 2K logo are trademarks of Take-Two Interactive Software, Inc. All rights reserved. All other marks are property of their respective owners.

## MORE LIKE THIS
See all

Borderlands 3
59,99€

Destiny 2
Free To Play

Baldur's Gate 3
59,99€

## WHAT CURATORS SAY
View all

199 Curators have reviewed this product. Click here to see them.

## CUSTOMER REVIEWS

**Overall Reviews:**
Mostly Positive (12,180 reviews)

**Recent Reviews:**
Mostly Positive (327 reviews)

REVIEW TYPE ▾   PURCHASE TYPE ▾   LANGUAGE ▾   DATE RANGE ▾   PLAYTIME ▾   DISPLAY AS: Summary ▾   Show graph ⌄

Filters   Your Languages ⊗

Showing **10,708** reviews that match the filters above ( Mostly Positive )

### MOST HELPFUL REVIEWS IN THE PAST 30 DAYS

**Saitama**
188 products in account
32 reviews

👍 Recommended
12.8 hrs on record

POSTED: 9 MARCH

I will leave this cat here, so that everybody who passes by can pet it and give it a thumbs up and awards

READ MORE

Was this review helpful?
👍 Yes   👎 No   ☺ Funny   🏅 Award

145 people found this review helpful
12 people found this review funny

4   6   3

**fluffywubblerss**
5 reviews

👎 Not Recommended
17.8 hrs on record (17.3 hrs at review time)

POSTED: 15 MARCH

i would only buy this game for 20$ or less,

its lack of content and common bugs are gamebreaking and

### RECENTLY POSTED

**MistakenChimp79**   8.4 hrs

POSTED: 5 APRIL

I will leave the cat here, so that everybody who passes by can pet it and give it a thumbs up.

Helpful?
👍 Yes   👎 No   ☺ Funny   🏅 Award

**iLotus**   9.2 hrs

POSTED: 5 APRIL

After finishing the main story of the game alone, I can really tell that this game is worth trying especially on sale. The entire design of the game compared to the other borderlands game is refreshing. The story is good but not the best, it is overall interesting and sometimes funny. The gun game play is good but also not the best, it is delicious but the other guns feel off. I have also heard that this game has the best end game compared to the other borderland title games.





fluffywubblerss
5 reviews

Not Recommended
17.8 hrs on record (17.3 hrs at review time)

POSTED: 15 MARCH

i would only buy this game for 20$ or less,

its lack of content and common bugs are gamebreaking and frustrating

you like guns that wont reload?
bosses that kick you mid fight on multiplayer?
mobs stuck under the terrain?
stuck npcs that wont move to progress the quest?

"but we made it during covid"
shouldve delayed

Was this review helpful?
Yes No Funny Award

20 people found this review helpful

Fresh_mim
335 products in account
80 reviews

Recommended
2.1 hrs on record

POSTED: 20 MARCH

just buy this when on sale
the story are more boring than bl3 but the gameplay is fun

Was this review helpful?
Yes No Funny Award

8 people found this review helpful

arieslink4191
1 review

Not Recommended
28.3 hrs on record

POSTED: 18 MARCH

Great game but after losing 2 characters to corrupted data before level 20, I couldn't possibly recommend that anyone purchase this.

Was this review helpful?
Yes No Funny Award

7 people found this review helpful

CourtJesterCowboy
263 products in account
99 reviews

Recommended
11.3 hrs on record (6.9 hrs at review time)

POSTED: 9 MARCH

I think people are just spoiled and ungrateful. Its clean, fun Borderlands game-play and I laugh consistently.

Was this review helpful?
Yes No Funny Award

6 people found this review helpful

epicdude467
6 reviews

Recommended
43.3 hrs on record

POSTED: 31 MARCH

Downloaded a mod to remove all dialogue and made it 10x better

Was this review helpful?
Yes No Funny Award

5 people found this review helpful
1 person found this review funny

Tk Dogwood
163 products in account

Recommended
39.4 hrs on record (33.7 hrs at review time)

alone, I can really tell that this game is worth trying especially on sale. The entire design of the game compared to the other borderlands game is refreshing. The story is good but not the best, it is overall interesting and sometimes funny. The gun game play is good but also not the best, it is delicious but the other guns feel off. I have also heard that this game has the best end game compared to the other borderland title games.

Helpful?
Yes No Funny Award

GN-003 5.6 hrs
POSTED: 5 APRIL

I just got the game but I just love the borderlands franchise. Guns, bullets, abilities and usually a pretty good story line. So I can't ask for much when it comes to this series.

Helpful?
Yes No Funny Award

contii 12.8 hrs
POSTED: 4 APRIL

In my personal opinion the world/characters/story are 10x more interesting and captivating then anything on offer in Borderlands 3

Helpful?
Yes No Funny Award

SilverSkellyGamer 26.9 hrs
POSTED: 4 APRIL

They wont stop ♥♥♥♥♥♥♥ yapping i swear to god

Helpful?
Yes No Funny Award

1 person found this review helpful 1

Vaxyn 31.6 hrs
POSTED: 4 APRIL

If you LOVE D&D and you LOVE Borderland than you will ABSOLUTELY FALL IN LOVE!!! with TTW its such a fun take on a borderlands game the story could have some more but its great to play!!

Helpful?
Yes No Funny Award

dariusrainperry234 74.7 hrs
POSTED: 4 APRIL
Product received for free

fun

Helpful?
Yes No Funny Award

fxzez 6.0 hrs
POSTED: 3 APRIL

Game has crashed 2 times and is a piece of ♥♥♥♥, do not buy unless you want fun in the form of a crash

Helpful?
Yes No Funny Award

Was this review helpful?

👍 Yes   👎 No   😊 Funny   🏅 Award

5 people found this review helpful
1 person found this review funny

**Tk Dogwood**
163 products in account
68 reviews

👍 **Recommended**
39.4 hrs on record (33.7 hrs at review time)  ⭐

POSTED: 8 MARCH

Glad I gave this game another shot.
The first time around, I was turned off the second i saw the world map.
However, that is just a very small fraction of the game.

The story and game play is just like any other borderlands, and even better then some of them. The way they tie D&D into the story, voice lines, and game play makes it very enjoyable just to listen too.

Great choice focusing the game around one of Borderland's best and most entertaining characters.

Was this review helpful?

👍 Yes   👎 No   😊 Funny   🏅 Award

4 people found this review helpful

**MistakesWereMade**
4 reviews

👍 **Recommended**
68.1 hrs on record  ⭐

POSTED: 17 MARCH

Loved how diverse the game was with all the weapons and equipment. Classic Borderlands style, not to many side missions which was slightly disappointing but it was definitely a must play in my book!

Was this review helpful?

👍 Yes   👎 No   😊 Funny   🏅 Award

1 person found this review helpful

**deadly_jester_098**
78 products in account
15 reviews

👍 **Recommended**
46.4 hrs on record (36.5 hrs at review time)  ⭐

POSTED: 3 APRIL

yes

Was this review helpful?

👍 Yes   👎 No   😊 Funny   🏅 Award

1 person found this review helpful

**Весето Маринов**
3 reviews

👍 **Recommended**
44.7 hrs on record (41.2 hrs at review time)  ⭐

POSTED: 1 APRIL

Don't listen to A S S M A N

Was this review helpful?

👍 Yes   👎 No   😊 Funny   🏅 Award

1 person found this review helpful

**Browse all 16,863 reviews**

POSTED: 3 APRIL

Game has crashed 2 times and is a piece of 💙💙💙💙, do not buy unless you want fun in the form of a crash

Helpful?

👍 Yes   👎 No   😊 Funny   🏅 Award

1 person found this review helpful
1 person found this review funny

**Qvar**                              62.2 hrs  ⭐

POSTED: 3 APRIL

valentine

Helpful?

👍 Yes   👎 No   😊 Funny   🏅 Award

**VALVE**                                    ☁ STEAM

© 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.

Document title: Tiny Tina&#39;s Wonderlands on Steam
Capture URL: https://store.steampowered.com/app/1286680/Tiny_Tinas_Wonderlands/
Capture timestamp (UTC): Fri, 05 Apr 2024 18:44:36 GMT



**Tk Dogwood**
163 products in account
68 reviews

👍 **Recommended**
39.4 hrs on record (33.7 hrs at review time)

POSTED: 8 MARCH

Glad I gave this game another shot.
The first time around, I was turned off the second i saw the world map.
However, that is just a very small fraction of the game.

The story and game play is just like any other borderlands, and even better then some of them. The way they tie D&D into the story, voice lines, and game play makes it very enjoyable just to listen too.

Great choice focusing the game around one of Borderland's best and most entertaining characters.

Was this review helpful?

👍 Yes    👎 No    😊 Funny    🏆 Award

4 people found this review helpful

---

**MistakesWereMade**
4 reviews

👍 **Recommended**
68.1 hrs on record

POSTED: 17 MARCH

Loved how diverse the game was with all the weapons and equipment. Classic Borderlands style, not to many side missions which was slightly disappointing but it was definitely a must play in my book!

Was this review helpful?

👍 Yes    👎 No    😊 Funny    🏆 Award

1 person found this review helpful

---

**deadly_jester_098**
78 products in account
15 reviews

👍 **Recommended**
46.4 hrs on record (36.5 hrs at review time)

POSTED: 3 APRIL

yes

Was this review helpful?

👍 Yes    👎 No    😊 Funny    🏆 Award

1 person found this review helpful

---

**Весето Маринов**
3 reviews

👍 **Recommended**
44.7 hrs on record (41.2 hrs at review time)

POSTED: 1 APRIL

Don't listen to A S S M A N

Was this review helpful?

👍 Yes    👎 No    😊 Funny    🏆 Award

1 person found this review helpful

Browse all 16,863 reviews

---

Helpful?

👍 Yes    👎 No    😊 Funny    🏆 Award

1 person found this review helpful
1 person found this review funny

---

**Qvar**
62.2 hrs

POSTED: 3 APRIL

valentine

Helpful?

👍 Yes    👎 No    😊 Funny    🏆 Award

---

**VALVE**

© 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.   Privacy Policy   |   Legal   |   Steam Subscriber Agreement   |   Refunds   |   Cookies

About Valve   |   Jobs   |   Steamworks   |   Steam Distribution   |   Support   |   Gift Cards   |   f Steam   |   X @steam

STEAM

---

Document title: Tiny Tina&#39;s Wonderlands on Steam
Capture URL: https://store.steampowered.com/app/1286680/Tiny_Tinas_Wonderlands/
Capture timestamp (UTC): Fri, 05 Apr 2024 18:44:36 GMT