THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, L.L.C.,<br><br>Defendants. | CIVIL ACTION NO. 2:23-cv-419<br><br>JURY TRIAL DEMANDED |

**OPPOSITION TO VALVE CORP.'S MOTION TO EXPEDITE BRIEFING [DKT. 58]**

  Plaintiff files this opposition to Valve Corporation's motion to expedite briefing.  Valve wants the Court to rule on its motion to dismiss under Rule 12(b)(3).  But instead of providing all of the documents requested by Plaintiff in the agreed upon window for venue discovery, Valve did not complete its venue discovery until on or about March 20, 2024.  *Quantum Tech. Innovations, LLC v. Valve Corporation,* Case 2:23-cv-00425-JRG-RSP, Dkt. 35 at 4 (Valve recites, "Valve produced one agreement on . . . March 20 (5 documents total)").

  Since the Court should deny Defendant's motion to strike [Dkt. 57], it should simply deny this motion to expedite briefing [Dkt. 58] as moot.


April 22, 2024　　　　　　　　　　　　　　　　　Respectfully submitted,

                   */s/ Randall Garteiser*
                   Christopher A. Honea
                    Texas Bar No. 24059967
                    chonea@ghiplaw.com
                   Randall Garteiser
                    Texas Bar No. 24038912
                    rgarteiser@ghiplaw.com

        M. Scott Fuller
         Texas Bar No. 24036607
        rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 22, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

        */s/ Randall Garteiser*
        Randall Garteiser