UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,<br><br>Defendants. | Civil Action No. 2:23-cv-00419-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Joint Motion of Defendant Gearbox Software, L.L.C. ("Gearbox") and Plaintiff Symbology Innovations, LLC ("Symbology") to sever and stay the claims against Gearbox pending final resolution of the claims made by Symbology against Defendant Valve Corporation ("Valve") (the "Motion"). Having considered the Motion and supporting documents thereof, it is

**ORDERED** that the joint motion of Gearbox and Symbology to sever and stay the case is **GRANTED**. Because the Court has granted the joint motion of Gearbox and Symbology, it is further

**ORDERED** that Symbology's cause of action against Gearbox is **SEVERED** into a separate case. The Clerk of Court is directed to designate a new cause number for the severed case. It is further

**ORDERED** that the severed case regarding Symbology's claims against Gearbox is **STAYED**. It is therefore ordered that Plaintiff Symbology's case against Defendant Gearbox be stayed in its entirety until after final judgment against Defendant Valve.

**IT IS SO ORDERED.**