IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC, § § § *Plaintiff*, § § v. § § VALVE CORPORATION, GEARBOX § SOFTWARE, L.L.C., § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00419-JRG |

**ORDER**

Before the Court is the Joint (Agreed) Motion Regarding Plaintiffs' Sur-Reply in Opposition to Valve's Motion to Dismiss for Improper Venue (the "Joint Motion") filed by Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant Valve Corporation ("Valve"). (Dkt. No. 73). In the Joint Motion, Plaintiff and Valve request that the Court: (1) "allow Plaintiff[] to file a 'corrected sur-reply' to clarify a citation error on pg. 2 n.2" by May 15, 2024, and (2) "allow Valve leave to file a sur-sur-reply in support of Valve's motion to dismiss [(Dkt. No. 55)] that is limited to no more than five pages" to respond to arguments made for the first time in Plaintiff's sur-reply. (Dkt. No. 73 at 1-2).

Having considered the Joint Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Plaintiff has leave to file its corrected sur-reply as described herein. It is further **ORDERED** that Valve has leave to file a sur-sur-reply in support of Valve's motion to dismiss (Dkt. No. 55) that is limited to no more than five pages and that responds only to arguments made for the first time in Plaintiff's sur-reply.

**So ORDERED and SIGNED this 15th day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE