IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>Defendants. | Civil Action No. 2:23-cv-419-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF DEFENDANT VALVE CORPORATION'S SUR-SUR-REPLY TO ITS MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(3)

I, Dario A. Machleidt, hereby declare as follow:

1. I am an attorney at the law firm of Kilpatrick, Townsend, & Stockton. I am counsel for Valve Corporation ("Valve"). I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of an email sent by Randall Garteiser to counsel for Valve, dated April 4, 2024.

3. Attached as **Exhibit 2** is a true and accurate depiction of the website https://vr-compare.com/headset/htcvive, captured on May 13, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2024

*/s/ Dario A. Machleidt*
Dario A. Machleidt

1