# Exhibit 2



| | |
|---|---|
| Document title: | HTC Vive: Full Specification - VRcompare |
| Capture URL: | https://vr-compare.com/headset/htcvive |
| Page loaded at (UTC): | Mon, 13 May 2024 16:53:15 GMT |
| Capture timestamp (UTC): | Mon, 13 May 2024 16:57:14 GMT |
| Capture tool: | 10.47.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 7 |
| Capture ID: | wLp3F1fEcAnG1QtRN6ZB86 |
| User: | sbassett |



HTC Vive
1080x1200 Per-eye resolution
108° Horizontal FoV
PC-powered VR

**Other headsets by HTC**

HTC Vive XR Elite   HTC Vive Flow   HTC Vive Focus 3   HTC Vive Pro 2

**Compare HTC Vive to other VR headsets**

HTC Vive vs Meta Quest 3   HTC Vive vs Oculus Quest 2   HTC Vive vs Pimax

**HTC Vive** specs

+ Add to comparison

ebay

affiliate links (we may be compensated)

## About

The HTC Vive is a virtual reality headset manufactured by HTC. It was released in April 2016, following an announcement in March 2015. It is the company's 1st VR headset release.

- This headset is discontinued.

- This headset requires a connection to a PC in order to be used.

- This headset has a low per-eye resolution. 1080x1200

- This headset has a high horizontal field of view. 108°

- This headset requires external base stations for full tracking capability.

- This headset can be purchased with two 6DoF controllers.

| Info | | |
|---|---|---|
| | Manufacturer | HTC |
| | Website | vive.com |
| | Device Type | PC-powered VR |
| | Platform | SteamVR, Viewport |
| | Announced | March 1, 2015 |
| | Release Date | April 4, 2016 |
| | Retail Price | $799 with controllers, base stations Discontinued |

| Optics | | |
|---|---|---|
| | Optics | |
| | Ocularity | Binocular |
| | IPD Range | 61-72 mm hardware adjustable (manual) |
| | Adjustable Diopter | ✕ |
| | Passthrough | RGB camera |

| Display | | |
|---|---|---|
| | Display Type | 2 x OLED binocular |
| | Subpixel Layout | |

HTC Vive controller, sold alongside the headset

Compare Headsets

Create Comparison
All Devices
VR Headsets
Standalone VR
PC-Powered VR
AR Glasses
XR Accessories
Manufacturers
Random Headset

Popular VR Headsets
Meta Quest 3
Oculus Quest 2
Pimax Crystal Light
Meta Quest Pro
Pico 4

Popular AR Glasses
Xreal Air 2 Ultra
Rokid Max Pro
TCL RayNeo X2
Xreal Air 2 Pro
Xreal Air 2

Popular Manufacturers
HP
HTC
Oculus
Pimax
Sony
Valve
Microsoft

Other Manufacturers
3Glasses
ANTVR
Acer
AjnaLens
Anker
Arpara
Asus
BOBOVR
Bigscreen
Brilliant Labs
Campfire
Canon
Carl Zeiss



| | | |
|---|---|---|
| | Passthrough | RGB camera |
| **Display** | Display Type | 2 x OLED binocular |
| | Subpixel Layout | PenTile Diamond — 2 subpixels per pixel |
| | Peak Brightness | |
| | Resolution | 1080x1200 per-eye |
| | Refresh Rate | 90 Hz |
| **Image** | Visible FoV | 108° horizontal / 97° vertical — estimate |
| | Rendered FoV | 108.77° horizontal / 111.53° vertical / 113.18° diagonal |
| | Binocular Overlap | 93.45° |
| | Average Pixel Density | 10.68 PPD horizontal / 9.68 PPD vertical |
| | Peak Pixel Density | |
| | Foveated Rendering | ✖ |
| **Device** | Dimensions | 190 x 117 x 140 mm without headstrap |
| | Weight | 470 g with headstrap — *2017 model. 2016 model: 555 g |
| | Material | Plastic, foam facial interface |
| | Headstrap | Flexible fabric strap |
| | Haptics | ✖ |
| | Colors | Black |
| | Compliances | |
| **Tracking** | Tracking Type | 6 DoF Marker-based |
| | Tracking Frequency | 1000 Hz — Positional sensors: 60 Hz |
| | Base Stations | 2 x Vive Base Station |

HTC Vive controller, sold alongside the headset

Some accessories compatible with HTC Vive

HTC Vive Base Station

**Purchase**
affiliate links (we may be compensated)

ebay.com    ebay



| | | |
|---|---|---|
| Tracking Frequency | 1000 Hz<br>Positional sensors: 60 Hz | |
| Base Stations | 2 x Vive Base Station | |
| Eye Tracking | ✕ | |
| Face Tracking | ✕ | |
| Hand Tracking | ✕ | |
| Body Tracking | ✕ | |

**Controllers**

| | | |
|---|---|---|
| Controllers | 2 x HTC Vive controller 6 DoF | |
| Weight | 203 g | |
| Input Methods | Trackpad, face buttons, index trigger, grip buttons | |
| Finger Tracking | Partial thumb and index finger tracking | |
| Haptics | ✔ | |
| Batteries | Rechargeable 6 hour battery life | |

**Sound**

| | | |
|---|---|---|
| Speakers | ✕ | |
| Microphone | ✔ | |
| 3.5mm Audio Jack | ✔ | |

**Connectivity**

| | | |
|---|---|---|
| Ports | USB Type-A | |
| Wired Video | HDMI, USB 2.0 | |
| Wireless Video | ✕ | |
| WiFi | ✕ | |
| Bluetooth | ✕ | |

SourcesDisclaimer: The information on this table may not be 100% correct. More information

# Frequently Asked Questions about HTC Vive

When was HTC Vive released?

### When was HTC Vive released?

HTC Vive was released on April 4th, 2016, following an announcement on March 1st, 2015.

### How much does HTC Vive cost?

The price for a full HTC Vive kit, including base stations and controllers is $799.

### What is the resolution of HTC Vive?

HTC Vive has a resolution of 1080x1200 per-eye, totalling approximately 1.3 million pixels per-eye, or 2.59 million pixels overall.

### What is the FoV of HTC Vive?

HTC Vive has an estimated horizontal field of view of 108 degrees. The vertical field of view of HTC Vive is estimated to be 97 degrees. The diagonal FoV of HTC Vive is not yet known.

### Does HTC Vive have hand tracking?

HTC Vive does not support hand tracking.

### Does HTC Vive have eye tracking?

HTC Vive does not support eye tracking.

## Other headsets by HTC



HTC Vive XR Elite

HTC Vive Flow

HTC Vive Focus 3

HTC Vive Pro 2

## AR & VR accessories by HTC



VRcompare

Search VRcompare

**Compare Headsets**
- Create Comparison
- All Devices
- VR Headsets
- Standalone VR
- PC-Powered VR
- AR Glasses
- XR Accessories
- Manufacturers
- Random Headset

**Popular VR Headsets**
- Meta Quest 3
- Oculus Quest 2
- Pimax Crystal Light
- Meta Quest Pro
- Pico 4

**Popular AR Glasses**
- Xreal Air 2 Ultra
- Rokid Max Pro
- TCL RayNeo X2
- Xreal Air 2 Pro
- Xreal Air 2

**Popular Manufacturers**
- HP
- HTC
- Oculus
- Pimax
- Sony
- Valve
- Microsoft

**Other Manufacturers**
- 3Glasses
- ANTVR
- Acer
- AjnaLens
- Anker
- Apple
- Arpara
- Asus
- BOBOVR
- Bigscreen
- Brilliant Labs
- Campfire
- Canon
- Carl Zeiss
- ClassVR

## AR & VR accessories by HTC

Vive Focus 3 Facial Tracker

Vive Focus 3 Eye Tracker

HTC Vive Wrist Tracker

HTC Vive XR Controllers

## Other VR headsets

Pimax Vision 8K+

VictorMaxx CyberMaxx

LG 360 VR

DPVR E4

## Other Devices

Oculus Rift DK1

3Glasses X1

VRgineers XTAL 8K

Xiaomi Mi VR

Feedback?

Document title: HTC Vive: Full Specification - VRcompare
Capture URL: https://vr-compare.com/headset/htcvive
Capture timestamp (UTC): Mon, 13 May 2024 16:57:14 GMT

VRcompare

Search VRcompare

**Compare Headsets**
- Create Comparison
- All Devices
- VR Headsets
- Standalone VR
- PC-Powered VR
- AR Glasses
- XR Accessories
- Manufacturers
- Random Headset

**Popular VR Headsets**
- Meta Quest 3
- Oculus Quest 2
- Pimax Crystal Light
- Meta Quest Pro
- Pico 4

**Popular AR Glasses**
- Xreal Air 2 Ultra
- Rokid Max Pro
- TCL RayNeo X2
- Xreal Air 2 Pro
- Xreal Air 2

**Popular Manufacturers**
- HP
- HTC
- Oculus
- Pimax
- Sony
- Valve
- Microsoft

**Other Manufacturers**
- 3Glasses
- ANTVR
- Acer
- AjnaLens
- Anker
- Apple
- Arpara
- Asus
- BOBOVR
- Bigscreen
- Brilliant Labs
- Campfire
- Canon
- Carl Zeiss
- ClassVR

## Other Devices

Oculus Rift DK1

3Glasses X1

VRgineers XTAL 8K

Xiaomi Mi VR

Created and managed by Rory Brown (@rory660)

Have a question? Email us at contact@vr-compare.com

About Us | Changelog | Advertising | Sources | Data Disclaimer | Privacy Policy

Feedback?