# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,<br><br>　　　　　Defendants. | Civil Action No. 2:23-cv-419-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Gearbox Software, L.L.C. ("Gearbox") and Plaintiff Symbology Innovations, LLC ("Symbology"), by and through their undersigned counsel, respectfully file this Unopposed Joint Motion for an Extension of Time for Gearbox to Move, Answer or Otherwise Respond to Symbology's Third Amended Complaint filed on March 24, 2024. (Dkt. 52). The current deadline for Gearbox to answer the Third Amended Complaint is May 23, 2024. The parties have conferred via email and agreed to a thirty (30) day extension, making the new answer deadline June 22, 2024.

This is the third request for an extension to answer the Third Amended Complaint. Good cause exists because Symbology and Gearbox have jointly filed a motion to sever and stay Symbology's claims against Gearbox (Dkt. 65), and have responded to the Court's request for clarification (Dkts. 71, 72). Extending Gearbox's time to answer will preserve judicial resources while the joint motion remains pending before the Court. The requested extension has not been made for purposes of delay and should not disrupt the schedule in this case.

Accordingly, the parties respectfully request the Court grant this unopposed motion and extend the deadline to move, answer or otherwise respond to the Third Amended Complaint up to and through June 22, 2024.  A proposed order is attached.

Dated:  May 21, 2024

| | |
|---|---|
| */s/ Randall Garteiser* | */s/ Jessica M. Kaempf* |
| Randall Garteiser, TBN 24038912 | Michael J. Sacksteder, CSB No. 191605 |
| Email: rgarteiser@ghiplaw.com | (Admitted to E.D. Tex.) |
| Christopher A. Honea, TBN 24059967 | Email: msacksteder@fenwick.com |
| Email: chonea@ghiplaw.com | **FENWICK & WEST LLP** |
| M. Scott Fuller, TBN 24036607 | 555 California Street, 12th Floor |
| Email: sfuller@ghiplaw.com | San Francisco, CA 94104 |
| **GARTEISER HONEA, PLLC** | Tel: (415) 875-2300 |
| 119 W. Ferguson Street | |
| Tyler, Texas 75702 | Geoffrey Miller, TBN 24094847 |
| Telephone:  (903) 705-7420 | Email: gmiller@fenwick.com |
| Facsimile:  (903) 405-3999 | **FENWICK & WEST LLP** |
| | 902 Broadway, 18th Floor |
| *Attorneys for Plaintiff* | New York, NY 10010 |
| *Symbology Innovations, LLC* | Telephone:  (212) 921-2001 |
| | |
| | Jessica M. Kaempf (WSBN 51666) |
| | (Admitted to E.D. Tex.) |
| | Email: jkaempf@fenwick.com |
| | **FENWICK & WEST LLP** |
| | 401 Union Street, 5th Floor |
| | Seattle, WA 98101 |
| | Telephone:  (206) 389-4510 |
| | |
| | *Attorneys for Defendant* |
| | *Gearbox Software, L.L.C.* |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion and counsel indicated their agreement with the relief requested herein.

Dated:   May 21, 2024

/s/ Jessica M. Kaempf

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated:   May 21, 2024

/s/ Jessica M. Kaempf