IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, § § § *Plaintiff*, § § v. § § VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C., § § § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00419-JRG |

# ORDER

Before the Court is the Unopposed Joint Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Joint Motion") filed by Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant Gearbox Software L.L.C. ("Gearbox") (collectively, the "Parties"). (Dkt. No. 77). In the Joint Motion, the Parties request that the Court grant Gearbox a thirty (30) day extension of time to respond to Plaintiff's Third Amended Complaint (Dkt. No. 52), up to and including June 22, 2024. (Dkt. No. 77 at 1). The Parties represent that good cause for the extension exists because the Parties "have jointly filed a motion to sever and stay Symbology's claims against Gearbox (Dkt. 65)[] and have responded to the Court's request for clarification (Dkts. 71, 72)," and "[e]xtending Gearbox's time to answer will preserve judicial resources while the joint motion remains pending before the Court." (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Gearbox to respond to Plaintiff's Third Amended Complaint is **extended** up to and including June 22, 2024.

**So ORDERED and SIGNED this 24th day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE