# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-419- JRG-RSP |
| | § | |
| VALVE CORPORATION, | § | |
| GEARBOX SOFTWARE, LLC | § | |

## VALVE CORPORATION'S NOTICE OF COMPLIANCE
## REGARDING P.R. 4-1 DISCLOSURES

Pursuant to the Court's December 20, 2023 Docket Control Order (Dkt. No. 29), Defendant Valve Corporation hereby notifies the Court that it served its P.R. 4-1 Identification of Claim Terms for Construction upon Plaintiff's counsel of record via electronic mail on July 11, 2024.

Dated:  July 12, 2024                          Respectfully submitted,

                                                                                   */s/ Shaun W. Hassett*
                                                                                  Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
Potter Minton, PC
102 North College, Ste. 900
Tyler, Texas 75702
903-597-8311 (telephone)
mikejones@potterminton.com
shaunhassett@potterminton.com

Dario A. Machleidt
Kathleen R. Geyer
Christopher P. Damitio
Kilpatrick Townsend & Stockton
1420 Fifth Avenue Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793

DMachleidt@kilpatricktownsend.com
KGeyer@kilpatricktownsend.com
CDamitio@kilpatricktownsend.com

*Attorneys for Defendant*
*Valve Corp.*

{A72/11185/0001/W1886625.1 }