IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00419-JRG |
| | § | |
| VALVE CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Revised Notice of Voluntary Dismissal with Prejudice (the "Revised Notice") filed by Plaintiff Symbology Innovations, LLC ("Plaintiff"). (Dkt. No. 84).[1] In the Revised Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendant Valve Corporation ("Defendant") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1).

Having considered the Revised Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case between Plaintiff and Defendant not explicitly granted herein are **DENIED AS MOOT**.[2] The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties remain.

---

[1] Plaintiff first filed a Notice of Voluntary Dismissal with Prejudice (Dkt. No. 82), stating that "[e]ach Party will bear its own costs, expenses, and attorneys' fees." (*Id.* at 1). Plaintiff has, after Defendant objected (Dkt. No. 83), removed this language from the Revised Notice. (Dkt. No. 84).

[2] As noted by Defendant in its Opposition to Plaintiff's Notice of Voluntary Dismissal with Prejudice Regarding Costs, Expenses, and Fees (Dkt. No. 83), "the parties have stipulated that the briefing on Valve's motion to dismiss under Rule 12(b)(3) in this case (Dkts. 55, 63, 66, 69, 76) apply to the co-pending and still active cases *Social Position Input Systems v. Valve Corp. et al.*, Case No. 23-425 (E.D. Tex. Sept. 18, 2023), and *Quantum Technology Innovations v. Valve Corp. et al.*, Case No. 23-422 (E.D. Tex. Sept. 18, 2023)." (Dkt. No. 83 at 2). While Defendant's motion to

**So ORDERED and SIGNED this 31st day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

dismiss in the above-captioned case is rendered moot by Plaintiff's dismissal of this action, the parties' briefing on this issue will be considered by the Court in resolving Defendant's motions to dismiss in Case No. 2:23-cv-00425-JRG-RSP (Dkt. No. 27) and Case No. 2:23-cv-00422-JRG-RSP (Dkt No. 11).