IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00419-JRG |
| | § | |
| VALVE CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Valve's Unopposed Motion to Stay Briefing on its Motion for Sanctions Pending Resolution of its Motion to Dismiss for Improper Venue in Related Cases (the "Motion to Stay") filed by Defendant Valve Corporation ("Defendant" or "Valve"). (Dkt. No. 86.) In the Motion to Stay, Valve represents that its Motion for Sanctions (Dkt. No. 85) is closely tied to the facts and arguments raised in Valve's pending motions to dismiss in two related cases in this Court: *Social Positioning Input Sys., LLC v. Valve Corp. et al.*, Case No. 2:23-00422, Dkt. No. 11 (E.D. Tex. Dec. 13, 2023) (the "*Social Positioning*" case) and *Quantum Tech. Innovations, LLC v. Valve Corp et al.*, Case No. 2:23-00425, Dkt. No. 27 (E.D. Tex. Apr. 1, 2024) (the "*Quantum*" case). (Dkt. No. 86 at 2.) Specifically, Valve represents that staying briefing on Valve's Motion for Sanctions (Dkt. No. 85) would promote judicial economy and avoid duplicative work. (Dkt. No. 86 at 2.) As such, Valve requests a stay of briefing on its Motion for Sanctions (Dkt. No. 85) pending resolution of its motions to dismiss in the *Social Positioning* and *Quantum* cases. (Dkt. No. 86 at 2.) The Motion to Stay is unopposed. (*Id.* at 1 n.1.)

Having considered the Motion to Stay, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, briefing on Valve's Motion for Sanctions (Dkt. No. 85) is **STAYED** pending resolution of Valve's motions to dismiss in the *Social Positioning* and *Quantum* cases. Plaintiff shall file its response to Valve's Motion for Sanctions (Dkt. No. 85) within **fourteen (14) days** of the Court's resolution of Valve's motions to dismiss. Any reply or sur-reply should comply with the Local Rules. *See* Local Rule CV-7(f).

**So ORDERED and SIGNED this 2nd day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE