IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>　　　　　　Defendant. | Civil Action No. 2:23-cv-419-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF
DEFENDANT VALVE CORPORATION'S MOTION FOR SANCTIONS**

I, Dario A. Machleidt, hereby declare as follow:

1.　　　I am an attorney at the law firm of Kilpatrick, Townsend, & Stockton. I am counsel for Valve Corporation ("Valve"). I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2.　　　Attached as **Exhibit 1** is a true and correct copy of Valve's objections and responses to Plaintiff's venue interrogatories, served on January 22, 2024.

3.　　　Attached as **Exhibit 2** is a true and correct copy of Valve's objections and responses to Plaintiff's requests for production of venue related documents, served on January 22, 2024.

4.　　　Attached as **Exhibit 3** is a true and correct copy of an email from Randall Garteiser to counsel for Valve, sent on April 15, 2024.

5.　　　Attached as **Exhibit 4** is a true and correct copy of an email from Randall Garteiser to counsel for Valve, sent on November 16, 2023.

1

6. Attached as **Exhibit 5** is a true and correct copy of a letter from counsel for Valve to Randall Garteiser, sent on October 2, 2023.

7. Attached as **Exhibit 6** is a true and correct copy of a letter from counsel for Valve to Randal Garteiser, sent on November 15, 2023.

8. Attached as **Exhibit 7** is a true and correct copy of a letter from counsel for Valve to Randall Garteiser, sent on March 20, 2024.

9. Attached as **Exhibit 8** is a true and accurate depiction of the website https://search.docketnavigator.com/patent/attorney/72043/0, captured on April 22, 2024.

10. Attached as **Exhibit 9** is a true and accurate depiction of the website https://ghiplaw.com/victories/, captured on April 22, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2024

*/s/ Dario A. Machleidt*
Dario A. Machleidt