# Exhibit 8



| | |
|---|---|
| Document title: | Docket Navigator - Binder |
| Capture URL: | https://search.docketnavigator.com/patent/attorney/72043/0?intro=true |
| Page loaded at (UTC): | Mon, 22 Apr 2024 17:20:54 GMT |
| Capture timestamp (UTC): | Mon, 22 Apr 2024 17:57:59 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | cP3Pp3KskYXbF876Q3MspR |
| User: | sbassett |

PDF REFERENCE #:    7SvScUPyjVgEpyKvSR9DS6



Add New Tab
Table of Contents
Overview
Clients
Cases (600)
Opposing Firms
Remedies (30)
New Folder
Binder Information

PRINT Overview

ATTORNEY PROFILE

# Randall T Garteiser

DocketNavigator

## Attorney Alignment

Use the selector below to display statistics for Patent Cases where Randall T Garteiser represented Patentee or Patent Challenger or both.

Patentee | Patent Challenger | Both

## EXPERIENCE IN PARTY ROLE

Patent Challenger: 2.3%
Patentee: 97.7%

## RECENT FIRMS

Garteiser Honea
Quinn Emanuel Urquhart & Sullivan
United States District Court for the Northern District of Ca

| TOTAL CASES | JURY TRIALS | BENCH TRIALS | ASSERTED PATENTS |
|---|---|---|---|
| 559 | 2 | 0 | 195 |
| 50 RANK OUT OF 45311 ATTORNEYS | 1161 RANK OUT OF 45311 ATTORNEYS | | 178 RANK OUT OF 45311 ATTORNEYS |

## TOP COURTS

| | CASES |
|---|---|
| EDTX | 315 |
| WDTX | 141 |
| NDCA | 42 |
| CDCA | 18 |
| DNJ | 9 |
| NDTX | 6 |
| SDCA | 5 |
| DDE | 4 |
| WDWA | 3 |
| EDWI | 2 |

Show More

## PATENT CASES BY YEAR

## PATENT TECHNOLOGIES

| | CASES |
|---|---|
| Computers | 180 |
| Transportation | 154 |
| Networking | 153 |
| Semiconductors/Memory | 127 |
| Mechanical | 34 |
| Central Reexamination Unit | 6 |
| Biotechnology | 3 |

## TOP CLIENTS

| | CASES |
|---|---|
| Blue Spike LLC | 172 |
| Caselas, LLC | 35 |
| Decapolis Systems, LLC | 33 |
| GreatGigz Solutions, LLC | 29 |
| Intercurrency Software LLC | 24 |
| Cypress Lake Software, Inc. | 19 |
| CellSpin Soft, Inc. | 19 |
| Transcend Shipping Systems, LLC | 14 |
| Beteiro, LLC | 12 |
| Speech Transcription, LLC | 12 |
| DigitalDoors Inc. | 11 |

Show More

## PATENT DETERMINATIONS

| | | | |
|---|---|---|---|
| 1 | Infringed | 33 | Not Infringed |
| 44 | Not Invalid | 86 | Invalid |
| 0 | Not Unenforceable | 0 | Unenforceable |

## REMEDIES FAVORING CLIENTS

AGGREGATE DAMAGES $ AWARDS
**$22,166**

PERMANENT INJUNCTIONS
**0**

LARGEST DAMAGES AWARD
**$22,166**

PRELIMINARY INJUNCTIONS/TRO
**0**

© 2008 - 2024 Hopkins Bruce Publishers Corp., a Law Business Research Inc. Company Terms of Use Report an Issue

Document title: Docket Navigator - Binder
Capture URL: https://search.docketnavigator.com/patent/attorney/72043/0?intro=true
Capture timestamp (UTC): Mon, 22 Apr 2024 17:57:59 GMT