# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br><br>Defendant. | Civil Action No. 2:23-cv-419-JRG-RSP |

## ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION FOR SANCTIONS

Before the Court is Defendant VALVE CORPORATION's Motion for Sanctions Pursuant to FRCP 11. After consideration of same, the Court finds that said Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion for Sanctions Pursuant to FRCP 11 is GRANTED.