**From:** Randall Garteiser rgarteiser@ghiplaw.com
**Subject:** Re: 2:23-cv-419 - Symbology Innovations v. Valve Corporation, et al: Sealed filing #45
**Date:** March 5, 2024 at 12:19 AM
**To:** Geyer, Kate KGeyer@ktslaw.com
**Cc:** Jo Vallery jovallery@potterminton.com, Christopher Honea chonea@ghiplaw.com, Colin Jensen cjensen@ghiplaw.com, Damitio, Chris CDamitio@ktslaw.com, Machleidt, Dario dmachleidt@ktslaw.com, Mike Jones mikejones@potterminton.com, Shaun Hassett shaunhassett@potterminton.com

2 weeks from when we get the last document listed in the ROG response by Valve.

> On Feb 29, 2024, at 5:46 PM, Geyer, Kate <KGeyer@ktslaw.com> wrote:
>
> Randy - how long of an extension are you requesting?
>
> Kate Geyer
> KGeyer@ktslaw.com
> Kilpatrick Townsend & Stockton LLP
> 1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
> T 206 516 3094 | F 206 299 3458
> My Profile | vCard
>
> ---
>
> **From:** Randall Garteiser <rgarteiser@ghiplaw.com>
> **Sent:** Thursday, February 29, 2024 3:18:57 PM
> **To:** Geyer, Kate <KGeyer@ktslaw.com>
> **Cc:** Jo Vallery <jovallery@potterminton.com>; Christopher Honea <chonea@ghiplaw.com>; Colin Jensen <cjensen@ghiplaw.com>; Damitio, Chris <CDamitio@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; mikejones@potterminton.com<mikejones@potterminton.com>; Shaun Hassett <shaunhassett@potterminton.com>
> **Subject:** Re: 2:23-cv-419 - Symbology Innovations v. Valve Corporation, et al: Sealed filing #45
>
> We'd like to get those documents, yes. We agreed to stand down on moving to compel in lieu of your client's representation that it would produce those documents.
>
> But separately, I need an extension due to a March 14 deadline in an unrelated case.
>
> 
> **Randall Garteiser** / Partner
> 888.908.4400 x100 / rgarteiser@ghiplaw.com
> 119 W Ferguson, Tyler, TX 75702
> 795 Folsom St, Floor 1, San Francisco, CA 94107-4226
> http://www.ghiplaw.com
>
> > On Feb 29, 2024, at 4:55 PM, Geyer, Kate <KGeyer@ktslaw.com> wrote:
> >
> > Randy –
> >
> > How long of an extension are you requesting? Is Plaintiff's request based on the outstanding production of only two agreements, which are irrelevant to venue?
> >
> > Kate Geyer
> > KGeyer@ktslaw.com

KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

---

**From:** Randall Garteiser <rgarteiser@ghiplaw.com>
**Sent:** Wednesday, February 28, 2024 3:26 PM
**To:** Jo Vallery <jovallery@potterminton.com>
**Cc:** Christopher Honea <chonea@ghiplaw.com>; Colin Jensen <cjensen@ghiplaw.com>; Geyer, Kate <KGeyer@ktslaw.com>; Damitio, Chris <CDamitio@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; mikejones@potterminton.com; Shaun Hassett <shaunhassett@potterminton.com>
**Subject:** Re: 2:23-cv-419 - Symbology Innovations v. Valve Corporation, et al: Sealed filing #45

**CAUTION: External Email**

Thanks, we were able to download it with no issues.

Kate,

Given the production is not complete. May we get an extension on our response to the motion? I've got a few unrelated deadlines and would appreciate the extension as well.

Be well,
Randy

> On Feb 28, 2024, at 4:49 PM, Jo Vallery <jovallery@potterminton.com> wrote:
>
> Counsel,
> Below please find a link to Valve's Renewed Motion to Dismiss Plaintiff's Second Amended Complaint under FRCP 12(b)(3) for Improper Venue, which was filed under seal this afternoon and appears on the Court's docket as #45.
>
> <image001.png> Symbology v. Valve - Service of Renewed Motion to Dismiss, SEALED
>
> Thank you,
>
> **Jo Vallery**
> **Legal Assistant**
> P O T T E R M I N T O N
> A Professional Corporation
> **PLEASE NOTE OUR NEW ADDRESS:**
> Address: 102 North College, Suite 900; Tyler TX 75702
> Direct Dial: 903-525-2213
> Direct Fax: 903-531-3913

Direct Fax: 903-597-8510
Office: 903-597-8311
jovallery@potterminton.com

*IMPORTANT NOTICE:*
*This electronic message and all other electronic (including voice) communications from the law firm of Potter Minton, A Professional Corporation, are for informational purposes only and only as to the intended recipient thereof.*
*This electronic message transmission contains information which may be confidential, protected by the attorney-client privilege, protected by other evidentiary privileges, and/or protected by the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*
*Please also virus check all attachments to prevent widespread contamination and corruption of files and operating systems. Furthermore, unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.*
*To the extent that this communication (or any attachment hereto) contains any statement regarding Federal taxes, that statement was not written or intended to be used, and it cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) to promote, market, or recommend to another party any transaction or matter addressed therein. Opinion, conclusions and other information that do not relate directly to the official business of Potter Minton are not given or endorsed by Potter Minton. Legal advice can be given only by attorneys and may be relied upon only by clients of Potter Minton.*
*Thank you for your cooperation, and to learn more about our firm, please visit our website at http://www.potterminton.com.*

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.