THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>VALVE CORPORATION,<br><br>    Defendants. | CASE NO. 2:23-cv-419-JRG-RSP |

### DECLARATION OF RANDALL GARTEISER
### IN COMPLIANCE WITH JANUARY 31, 2025 ORDER

I, Randall Garteiser, declare as follows:

1. I am lead trial counsel for Plaintiff Symbology Technology Innovations, LLC in this matter. I am a partner at Garteiser Honea, PLLC, and am a member of the State Bar of Texas. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in compliance with the Court's January 31, 2025 Order (Dkt. No. 110) (the "Order").

3. As directed in the Order, beyond the normal continuing legal education ("CLE") requirements by the State Bar of Texas, I have completed 30 additional hours of legal ethics courses by an ABA-approved provider and 30 hours of CLE courses applying the Federal Rules of Civil Procedure.

4. Attached hereto as Exhibit A is a true and correct summary log showing those hours, as well as printouts of the Texas State Bar's acceptance of the ABA-approved course numbers, which confirm completion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2025

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Randall Garteiser*
Randall Garteiser
