## Randall Garteiser Continuning Legal Education (CLE) Reporting Hours

### Summary of CLE Courses On Applying the Federal Rules of Civil Procedure
by Randall Garteiser beyond normal CLE requirements for the Texas Bar.

| Course # | Course Title (Course #) | Date Taken | Total Credit Hrs. | Total Ethics Hours |
|---|---|---|---|---|
| 174249617 | Best of Advanced Patent Litigation: A Collection of the Top Rated Presentations | 5/29/25 | 5.5 | 1.25 |
| *174239700* | Emerging Issues: The New Face of Constitutional Law Litigation | 5/27/25 | 7 | 1.75 |
| 174283323 | Federal Court 101: Motions, trial & post-trial (2024 Edition) | 5/27/25 | 2 | 0 |
| 174240125 | Applying the Federal Rules of Civil Procedure to Your Case (2024 Edition) | 5/24/25 | 2 | 0 |
| *174281037* | Bill of Rights 2025: Litigating the Constitution | 5/26/25 | 6.25 | 1.75 |
| *174263595* | Appointment of Special Masters to Help in Complex Litigation | 5/25/25 | 1 | 0 |
| *174267224* | The Inside Brief: An Interview with Stephen Jones Lead Defense Attorney for Timothy McVeigh | 5/27/25 | 3 | 1 |
| 174252769 | Discovery Sanctions in Federal and Texas Courts | 5/27/25 | 1 | 0.5 |
| 174264705 | Best Practices in Civil Discovery in Federal Court (2025 Edition) | 5/26/25 | 2 | |
| 174283059 | Navigating the Intersection of the False Claims Act and Federal Rules of Civil Procedure | 5/25/25 | 1 | 0 |
| 174240054 | Federal Court Practice 2023 | 5/23/25 | 6.5 | 1.5 |

**37.25  Total Hours for CLE Application of FRCP**          **37.25    7.75**

### Summuary of Ordered Ethics CLE Courses Completed by Randall Garteiser (Beyond normal CLE requirements for the Texas Bar).

| Course # | Course Title (Course #) | Date Taken | Total Credit Hrs. | Total Ethics Hrs. |
|---|---|---|---|---|
| 174246245 | The Ethics of Preparing a Witness | 5/27/25 | 1 | 1 |
| *174249491* | Implicit Bias // Collateral Consequences // Grievances // Ineffective Assistance of Counsel // Ethics Jeopardy | 5/23/25 | 3 | 3 |
| *174243637* | Hot Topics in Legal Ethics | 5/23/25 | 1 | 1 |
| 174243634 | The Ethics of Multiparty Representation in a Business Format | 4/30/25 | 1.5 | 1.5 |
| 174270042 | Energy on Trial // Most Common Oil & Gas Disputes: Operators | 4/30/25 | 2.5 | 1.75 |
| 174244222 | Virtual/Remote Practice of Law // Drafting Title Opinions | 3/3/25 | 2.75 | 2.75 |
| 174249640 | Virtuous Billing: Ethical Issues in Compensation Matters | 2/28/25 | 2.75 | 2.25 |
| 174247536 | State Trial Judges Panel // Applied Ethics for Civil Trial | 2/27/25 | 3 | 3 |
| 174244048 | Technology & Ethics: TeleLaw // Mental Health 101 | 2/27/25 | 2.75 | 2.75 |
| 174244031 | Counsels Duty to Zealously Defend Insured vs. Insurers Right | 2/26/25 | 3 | 3 |
| 174263088 | Annual Meeting 2021: Ethics | 2/25/25 | 2.75 | 2.75 |
| 174249623 | Annual Meeting 2010: Atticus Finch and Ethics | 2/24/25 | 5.25 | 5.25 |
| 174255234 | Cybersecurity & Ethics 101 // Emergency Grievance Toolkit | 2/22/25 | 2 | 2 |

                                                          **33.25    32**
**39.75 hours**                              **Overall Ethics:    39.75**

# REPORTED ATTENDANCE

| Course # | Course Title (Course #) | Date Taken ↑ | Total Credit Hours | Total Ethics Hours | Self Study Hours | Self Study Ethics Hours | Compliance | Create On |
|---|---|---|---|---|---|---|---|---|
| 174249617 | Best of Advanced Patent Litigation 2019: A Collection | 5/29/2025 | 5.50 | 1.25 | 0.00 | 0.00 | 2026 | 5/29/2 2:06 P |
| 174239700 | Emerging Issues: The New Face of Constitutional Law | 5/29/2025 | 7.00 | 1.75 | 0.00 | 0.00 | 2026 | 5/29/2 2:36 P |
| 174283323 | Federal Court 101: Motions, trial & post-trial (2024 Edition | 5/28/2025 | 2.00 | 0.00 | 0.00 | 0.00 | 2026 | 5/29/2 2:04 A |
| 174240125 | Applying the Federal Rules of Civil Procedure to Your Case ( | 5/27/2025 | 2.00 | 0.00 | 0.00 | 0.00 | 2026 | 5/27/2 2:45 P |
| 174281037 | Bill of Rights 2025: Litigating the | 5/27/2025 | 6.25 | 1.75 | 0.00 | 0.00 | 2026 | 5/27/2 7:19 P |

| | Constitution | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 174263595 | Appointment of Special Masters to Help in Complex Litigation | 5/27/2025 | 1.00 | 0.00 | 0.00 | 0.00 | 2026 | 5/27/2 7:19 P |
| 174267224 | The Inside Brief: An Interview with Stephen Jones Lead | 5/27/2025 | 2.75 | 1.00 | 0.00 | 0.00 | 2026 | 5/27/2 7:19 P |
| 174252769 | Discovery Sanctions in Federal and Texas Courts | 5/27/2025 | 1.00 | 0.50 | 0.00 | 0.00 | 2026 | 5/27/2 7:19 P |
| 174264705 | Best Practices in Civil Discovery in Federal Court (2025 Edi | 5/27/2025 | 2.00 | 0.00 | 0.00 | 0.00 | 2026 | 5/27/2 9:38 P |
| 174283059 | Navigating the Intersection of the False Claims Act and | 5/26/2025 | 1.00 | 0.00 | 0.00 | 0.00 | 2026 | 5/27/2 9:50 P |

< | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | >

Case 2:23-cv-00419-JRG     Document 111-1     Filed 05/30/25     Page 4 of 7 PageID #:
2800

👤 RANDALL THOMAS GARTEISER ▾

# REPORTED ATTENDANCE

| Course # | Course Title (Course #) | Date Taken ⬆ | Total Credit Hours | Total Ethics Hours | Self Study Hours | Self Study Ethics Hours | Compliance | Creat On |
|---|---|---|---|---|---|---|---|---|
| 174240054 | Federal Court Practice 2023 | 5/23/2025 | 6.50 | 1.50 | 0.00 | 0.00 | 2026 | 5/25/ 4:15 |
| 174249491 | Implicit Bias // Collateral Consequences // Grievances | 5/23/2025 | 3.00 | 3.00 | 0.00 | 0.00 | 2026 | 5/25/ 4:15 |
| 174243637 | Hot Topics in Legal Ethics | 5/23/2025 | 1.00 | 1.00 | 0.00 | 0.00 | 2026 | 5/25/ 4:15 |
| 174243634 | The Ethics of Multiparty Representation in a Business Format | 4/30/2025 | 1.50 | 1.50 | 0.00 | 0.00 | 2026 | 5/1/2 9:27 |
| 174270042 | Energy on Trial // Most Common Oil & Gas Disputes: Operators | 4/30/2025 | 2.50 | 1.75 | 0.00 | 0.00 | 2026 | 5/1/2 9:31 |
| | Other Self-study | 3/7/2025 | 0.00 | 0.00 | 10.00 | 1.00 | 2025 | 3/7/2 2:07 |
| 174244222 | Virtual/Remote Practice of Law | 3/3/2025 | 2.75 | 2.75 | 0.00 | 0.00 | 2025 | 3/7/2 2:05 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | // Drafting Title Opinions | | | | | | | |
| 174249640 | Virtuous Billing: Ethical Issues in Compensation Matters | 2/28/2025 | 2.75 | 2.25 | 0.00 | 0.00 | 2025 | 3/7/2 2:05 |
| 174247536 | State Trial Judges Panel // Applied Ethics for Civil Trial | 2/27/2025 | 3.00 | 3.00 | 0.00 | 0.00 | 2025 | 2/27/ 5:11 |
| 174244048 | Technology & Ethics: TeleLaw // Mental Health 101 | 2/27/2025 | 2.75 | 2.75 | 0.00 | 0.00 | 2025 | 2/27/ 5:11 |

< | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | >

# REPORTED ATTENDANCE

| Course # | Course Title (Course #) | Date Taken ⬆ | Total Credit Hours | Total Ethics Hours | Self Study Hours | Self Study Ethics Hours | Compliance | Cre On |
|----------|-------------------------|--------------|--------------------|--------------------|------------------|-------------------------|------------|--------|
| 174244031 | Counsels Duty to Zealously Defend Insured vs. Insurers Right | 2/26/2025 | 3.00 | 3.00 | 0.00 | 0.00 | 2025 | 2/2 5:0 |
| 174263088 | Annual Meeting 2021: Ethics | 2/25/2025 | 2.75 | 2.75 | 0.00 | 0.00 | 2025 | 2/2 5:0 |
| 174249623 | Annual Meeting 2010: Atticus Finch and Ethics | 2/24/2025 | 5.25 | 5.25 | 0.00 | 0.00 | 2025 | 2/2 5:0 |
| 174255234 | Cybersecurity & Ethics 101 // Emergency Grievance Toolkit | 2/22/2025 | 2.00 | 2.00 | 0.00 | 0.00 | 2025 | 2/2 5:0 |